David B. Gordon (DG 0010)
SCHOEMAN, UPDIKE & KAUFMAN, LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030

Luan Phan *(Pro Hac Vice Application to Be Submitted)*
Victor T. Fu *(Pro Hac Vice Application to Be Submitted)*
RICHARDSON & PATEL LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA 90024
(310) 208-1182

Attorneys for Defendant SPARK NETWORKS, plc

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------------------X

| | |
|---|---|
| KENNETH DINOLFO, | Case No.: 07 CV 1818 (SDW)(MCA) |
| Plaintiff, | |
| -vs- | DOCUMENT ELECTRONICALLY FILED |
| SPARK NETWORKS PLC, MATCHNET PLC, AMERICANSINGLES.COM, DATE.CA, JOHN DOE 1-10 AND ABC CO. 1-10 (fictitious names) | [PROPOSED] ORDER GRANTING SPARK NETWORKS' MOTION ~~TO DISMISS FOR IMPROPER VENUE OR, ALTERNATIVELY~~ TO TRANSFER |
| Defendant. | |

------------------------------------------------X

UPON consideration of the Motion to Dismiss for Improper Venue, pursuant to Fed. R. Civ. P 12(b)(3), or, Alternatively, to Transfer pursuant to 28 U.S.C. § 1406, along with memoranda, declarations, affidavits, and arguments offered in support of and opposition thereto, it is, this 25th day of June, 2007 hereby

ORDERED that Defendant Spark Network plc's Motion is GRANTED and the action is hereby:

☐ ~~DISMISSED with prejudice~~

☑ TRANFERRED to the United States District Court for the Central District of California. *for the reasons set forth on the record*

THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
~~DISTRICT OF NEW JERSEY~~

cc: David B. Gordon, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165

Anthony J. Accardi, Esq.
Accardi & Mirda, APC
570 W. Mt. Pleasant Avenue
Livingston, New Jersey 07039-0404